IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| WILLIAM DAVID SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 322-133 |
| | ) | |
| TIMOTHY C. WARD; | ) | |
| BRIAN CHAMBERS; and | ) | |
| ANTOINE CALDWELL, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Plaintiff filed the above-captioned case pursuant to 42 U.S.C. § 1983.  Because Plaintiff is proceeding *in forma pauperis*, the Court screened his complaint pursuant to 28 U.S.C. §§ 1915(e) & 1915A.  In a Report and Recommendation ("R&R") issued on January 13, 2023, the Court recommended the case be dismissed because Plaintiff failed to state a claim upon which relief can be granted.  (Doc. no. 10.)

In response to the Court's R&R, Plaintiff requested, and received permission to amend his complaint in an attempt to cure the deficiencies identified by the undersigned.  (See doc. nos. 12, 13.)  Plaintiff has now submitted his amended complaint, (doc. no. 16), and the Court therefore **VACATES** the January 13th  R&R.  (Doc. no. 10.)  The Court screens Plaintiff's amended complaint in a simultaneously entered R&R.

SO ORDERED this 9th day of March, 2023, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA